_____ FILED _____ LODGED
_____ RECEIVED

November 3, 2020

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MORRILL,<br><br>Defendant. | ) | CASE NO. MJ20-5253<br><br>**COMPLAINT for VIOLATION 18 U.S.C. § 2251(a), (e)** |

BEFORE, The Honorable David W. Christel, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

**COUNT 1**

**(Production of Child Pornography)**

Between at least in or about 2016 and in or about 2020, at Pierce and King Counties, within the Western District of Washington, and elsewhere, MICHAEL MORRILL employed, used, persuaded, induced, enticed, and coerced a minor, to engage in sexually explicit conduct, and attempted to do so, for the purpose of producing a visual depiction of such conduct and transmitting any live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, such visual



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

depiction was transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a), (e).

And the Complainant states that this Complaint is based on the following information:

I, Kelsey M. Mendoza, being first duly sworn on oath, depose and say:

## I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since January 2019. I am currently assigned to the Seattle Division's Tacoma Resident Agency. As an FBI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, and material involving the sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2426. I have received specialized training from the FBI Academy consisting of legal classes, investigative techniques, evidence preservation and collection, financial related crimes, and other law enforcement training classes. Through my training and experience, I have developed an understanding of common habits and practices used by those engaged in criminal acts against children.

2. I am familiar with and have participated in a variety of investigative techniques including but not limited to: surveillance, interviewing of witnesses/suspects, and the execution of search and seizure warrants that involved child exploitation and/or child pornography offenses, and the search and seizure of computers and other digital devices.

3. As detailed below, based on my investigation and the investigation of other law enforcement officers, I believe there is probable cause to conclude that MICHAEL



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

MORRILL has committed the offense charged in Count 1 of this Complaint—namely, production of child pornography in violation of 18 U.S.C. § 2251(a), (e).

4. The facts set forth in this complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

5. Because this complaint is offered for the limited purpose of establishing probable cause, I list only those facts that I believe are necessary to support such a finding. I do not purport to list every fact known to me or others as a result of this investigation.

6. This Complaint is being presented electronically pursuant to Local Criminal Rule CrR 41(d)(3).

## II. SUMMARY OF INVESTIGATION

7. This investigation arose from online activities by a user of multiple websites devoted to child sexual exploitation. More specifically, the SUBJECT USER—who used an alias that is indicative of a sexual interest in children—shared multiple images of child sexual abuse material over the internet. That user also posted multiple messages claiming that he was responsible for creating these images, that he was actively exploiting a child and had been for years, and generally confirming his interest in child sexual exploitation. Law enforcement was able to identify the prepubescent minor (MV1) depicted in these images, and MV1 has identified MICHAEL MORRILL as the person who exploited her. On the evening of November 2, 2020, federal agents arrested MORRILL after executing a search warrant at his home in Federal Way.

8. As noted, the genesis of this investigation was activity by the SUBJECT USER (MORRILL) on multiple websites devoted to child sexual exploitation, which because of ongoing investigations related to these websites, I will not identify.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

9. On April 19, 2020, an FBI undercover agent entered a website devoted to child sexual exploitation and started chatting with the SUBJECT USER via private message. During that conversation, SUBJECT USER confirmed he used the same alias on another website devoted to child sexual exploitation.

10. On April 22, 2020, an FBI undercover agent entered the same website and again chatted with the SUBJECT USER in private exchange. During the conversation, the SUBJECT USER shared an image with the undercover which SUBJECT USER said was not for public posting. The undercover viewed and downloaded the file, which was an image depicting a girl who appeared to be between five and seven years old wearing only pink underwear and laying on her back on a white comforter on a bed. Most of her face has been obscured by a black mark added to the image.

11. In June 2020, an FBI undercover agent entered that website and saw the SUBJECT USER had posted a message available to all users on the site purporting to offer pictures of a purportedly seven-year-old girl followed by links to the following images:

- An image depicting a fully nude prepubescent minor who appears to be between six and ten years old, kneeling or bending over at the waist.[1] The girl has a purple object inserted into or covering her anus. The girl's vagina is exposed for the camera. The girl's face is not visible in the image. The girl has no pubic hair, is petite and has young bodily features.
- An image depicting a fully nude prepubescent girl between six and ten years old, lying down on a red blanket with her legs spread apart. The girl's vagina is prominently exposed for the camera. The girl is holding a piece of paper with a specific message that is covering her face. The girl

[1] Estimates of the approximate age of children depicted in the files described herein are based upon general life experience, personal interactions with children of all ages in personal and professional settings, including with victims of child exploitation offenses, prior viewing of images depicting the sexual exploitation of children, and my training and experience as a law enforcement agent.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

has no pubic hair and no noticeable breast development. The girl also has young-looking bodily features.[2]

12. Following these links, the SUBJECT USER also posted a message available to all users on the same public chat and explained that the purple object in the first image was a "buttplug" and described the circumstances of the creation of the picture with that object, as well as his sexual abuse of this little girl.

13. In other public postings by the SUBJECT USER to websites devoted to child sexual exploitation, the SUBJECT USER provided further evidence of the SUBJECT USERS's interest in child sexual abuse and child pornography (all grammar and spelling as in original). For example:

- August 2020: SUBJECT USER posted that "child porn" increased his heart rate and allowed him to ejaculate multiple times per day;
- July 2020: SUBJECT USER posted that he loved something he described as a "12yo creampie;"
- March 2020: SUBJECT USER commented that a series of images gave him the idea of engaging in a particular sex act with a particular child;
- January 2020: SUBJECT USER posted that he loved a picture depicting a toddler in a bath;
- December 2019: SUBJECT USER posted that he had engaged in anal penetration, digital penetration, and oral copulation with a five year old girl who was then seven;

14. During this investigation, law enforcement identified postings by a user of another child exploitation website with a different username consisting of a set of images that appear to depict the same young girl as above. In multiple images shared by this user, a distinctive (based on its color and pattern) blanket is visible underneath or nearby her. For example, in one image, the girl is laying on what appears to be a bed. She is

[2] These images are available for review by the issuing magistrate upon request.



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

partially naked and wearing only underwear. A black mark is placed over her eyes, obscuring part of her face. The blanket is seen partially underneath her. In a second image from that series, a girl, between three and four years old is lying on her back on a white comforter. She appears to be naked. Her legs are spread, and her vaginal area is full exposed. A piece of white paper covers her torso and appears to contain a message to another offender. It indicates the subject of the photo is four years old and bears a date on a day in the summer of 2016. The same blanket is visible.

15. MV1 resides in the Western District of Washington and is a prepubescent minor whose age is consistent with the age of the girl depicted in the images described above. FBI identified MV1 as a person who may be the victim depicted in these images. During an interview on November 2, 2020, MV1 identified herself as the subject of some of the images described above and explained that MICHAEL MORRILL was responsible for creating them.

16. Also on November 2, 2020, a witness (W1) who knows MV1 and MORRILL recognized the blanket depicted in the photos described in Paragraph 14 as a blanket MV1 has owned since she was an infant and that was often with her. W1 also identified the white comforter depicted in several of the photos shared by the SUBJECT USER as consistent with bedding owned by MORRILL. While W1 could not say when or where MORRILL might have taken sexually explicit photos of MV1, W1 confirmed that he had regular, unsupervised contact with MV1 between at least 2016 and 2020.

17. From W1 and other investigative efforts, I have identified the following chronology of MORRILL's address history. Prior to 2014, MORRILL resided at a home in Tacoma, Washington. Sometime thereafter and before 2016, he relocated to a home in Federal Way, Washington. In April of this year, MORRILL returned this Tacoma residence but moved back to Federal Way within the last few weeks.

18. On November 2, 2020, I obtained a search warrant for MORRILL's Federal Way home, which a team of law enforcement officers executed later that evening. During a post-*Miranda* interview, MORILL said, among other things, that he had seen



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

child pornography on the internet. Once the interview turned to this specifics of this investigation, MORRILL ask for an attorney. And the interview was terminated. MORRILL was then taken into custody.

19. During the search, agents seized several digital devices and other items of physical evidence. Review of those devices is ongoing. But among the items of physical evidence seized were 1) a white comforter that is consistent with the comforter depicted in several of the images described above; 2) several purple buttplugs, each of which is consistent with the the buttplug described above by the SUBJECT USER; and 3) underwear/clothing that is consistent with items MV1 is wearing in several of the images described above.

## III. CONCLUSION

20. Based on the above facts, I believe that there is probable cause to conclude that MICHAEL MORRILL committed the offense charged in this Complaint.

KELSEY M. MENDOZA, Complainant
Special Agent, FBI

The above-named agent provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit submitted to me by reliable electronic means pursuant to Fed. R. Crim. Proc. 4.1(a), and the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

DATED this 3rd day of November, 2020.

DAVID W. CHRISTEL
United States Magistrate Judge



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970